IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DEANNA S.,

          Plaintiff,

v.                                                    CIVIL ACTION NO.   2:24-cv-00358

FRANK BISIGNANO,
*Commissioner of Social Security*,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

By *Standing Order* (Document 2) entered on July 18, 2024, this action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).   Subsequently, by *Clerk's Order* (Document 4) entered on September 3, 2024, the referral was transferred to the Honorable Joseph K. Reeder, United States Magistrate Judge.

On May 7, 2025, Magistrate Judge Reeder submitted a *Proposed Findings and Recommendation* (Document 10) wherein it is recommended that the Plaintiff's Motion for Summary Judgment (Document 6) be denied, the Defendant's request to affirm the decision of the Commission (Document 8) be granted, the final decision of the Commissioner be affirmed, and this action be dismissed from the Court's docket.   Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by May 21, 2025.

1

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *see also Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983) (holding that district courts may adopt proposed findings and recommendations without explanation in the absence of objections).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Plaintiff's Motion for Summary Judgment (Document 6) be **DENIED**, the Defendant's request to affirm the decision of the Commission (Document 8) be **GRANTED**, the final decision of the Commissioner be **AFFIRMED**, and this action be **DISMISSED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this *Memorandum Opinion and Order* to Magistrate Judge Reeder, counsel of record, and any unrepresented party.

ENTER:     May 27, 2025

*[signature: Irene C. Berger]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA